AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Tiffany Alarcon, on behalf of herself and all others similarly situated<br>*Plaintiff*<br>v.<br>Capital One Bank (USA) N.A., Capital One Card Services, LLC<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. CV 12 4145 JSC<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Capital One Bank (USA) N.A., Capital One Card Services, LLC
Registered Agent
Corporation Service Company
11 South 12th Street
P.O. Box 1463
Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Selbin                              Daniel Hutchinson
Lieff Cabraser Heimann & Bernstein, LLP   Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson St., 8th Floor                 275 Battery Street, 29th Floor
New York, NY 10013                        San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

ANNA SPRINKLES

Date: AUG - 7, 2012

*Signature of Clerk or Deputy Clerk*