| | |
|---|---|
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP <br> Jonathan D. Selbin (State Bar No. 170222) <br> 250 Hudson Street, 8th Floor <br> New York, NY  10013 <br> Telephone:  (212) 355-9500 <br> Facsimile:  (212) 355-9592 | |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP <br> Daniel M. Hutchinson (State Bar No. 239458) <br> Eduardo E. Santacana (State Bar No. 281668) <br> 275 Battery Street, 29th Floor <br> San Francisco, California  94111-3339 <br> Telephone:  (415) 956-1000 <br> Facsimile:  (415) 956-1008 | MEYER WILSON CO., LPA <br> Matthew R. Wilson <br> (admitted *pro hac vice*) <br> 1320 Dublin Road, Ste. 100 <br> Columbus, Ohio 43215 <br> Telephone:  (614) 224-6000 <br> Facsimile:  (614) 224-6066 |

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| TIFFANY ALARCON on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A., and CAPITAL ONE SERVICES, LLC <br><br> Defendants. | Case No. CV-12-4145-JSC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Tiffany Alarcon, by her counsel, hereby voluntarily dismisses her individual and class claims against Defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: October 1, 2012          By:  */s/ Jonathan D. Selbin*
                                     Jonathan D. Selbin

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson
Email: dhutchinson@lchb.com
Eduardo E. Santacana
Email: esantacana@lchb.com
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson
(admitted *pro hac vice*)
Email:  mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

*Attorneys for Plaintiff Alarcon and the Proposed Class*